IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA MEYER,<br><br>     Plaintiff,<br><br>  v.<br><br>MICHAEL TODD BEAUTY, L.P.<br><br>     Defendant. | Case No. 6:24-cv-06100-FPG |

## STIPULATION FOR DISMISSAL

   Plaintiff, JESSICA MEYER, and Defendant, MICHAEL TODD BEAUTY, L.P., by and through their undersigned counsel, hereby stipulate that:

  1.  This action shall be DISMISSED, with prejudice, as between all parties;

  2.  Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action, and;

  3.  No party hereto is an infant or incompetent.

  Dated: May 20, 2024

| | |
|---|---|
| NYE STIRLING, HALE,<br>MILLER & SWEET LLP | LAW OFFICES OF NOLAN KLEIN, P.A. |
| By: */s/ Benjamin J. Sweet*<br>Benjamin J. Sweet, Esq.<br>ben@nshmlaw.com<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, PA 15243 | By: */s/ Nolan Klein*<br>Nolan Klein, Esq.<br>klein@nklegal.com<br>5550 Glades Road, Suite 500<br>Boca Raton, FL 33431 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the

ECF system and will be sent electronically to the registered participants as identified on the

Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-

registered participants this 20th day of May, 2024.


*/s/ Benjamin J. Sweet*
Benjamin J. Sweet