IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA MEYER,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL TODD BEAUTY, L.P.<br><br>Defendant. | Case No. 6:24-cv-06100-FPG |

### STIPULATION FOR DISMISSAL

Plaintiff, JESSICA MEYER, and Defendant, MICHAEL TODD BEAUTY, L.P., by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action, and;

3. No party hereto is an infant or incompetent.

Dated: May 20, 2024

| | |
|---|---|
| NYE STIRLING, HALE,<br>MILLER & SWEET LLP | LAW OFFICES OF NOLAN KLEIN, P.A. |
| By: /s/ Benjamin J. Sweet<br>Benjamin J. Sweet, Esq.<br>ben@nshmlaw.com<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, PA 15243 | By: /s/ Nolan Klein<br>Nolan Klein, Esq.<br>klein@nklegal.com<br>5550 Glades Road, Suite 500<br>Boca Raton, FL 33431 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED THIS 21st DAY OF May 20 24

HON. FRANK J. GERACI, JR.
Chief U.S. District Judge